■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE SWABY, Appellant. [778 NYS2d 711]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered May 21, 2002, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court's justification charge was erroneous is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Harrell*, 59 NY2d 620, 622 [1983]; *People v Gaskins*, 300 AD2d 506 [2002]). In any event, the charge, taken as a whole, properly instructed the jury on the justification defense (*see People v Wesley*, 76 NY2d 555, 559 [1990]; *People v Bernard*, 222 AD2d 599 [1995]; *People v*

*Thomas,* 179 AD2d 793, 794 [1992]; *People v Madden,* 171 AD2d 558, 559 [1991]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Santucci, J.P., Schmidt, Rivera and Lifson, JJ., concur.